IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ULYSSES HERNANDEZ, | § |
| Plaintiff, | § |
| v. | § CAUSE NO. EP-22-CV-39-KC |
| AMERICAN FIRE PROTECTION GROUP, INC; and API GROUP, LLP, | § |
| Defendants. | § |

## ORDER

On this day, the Court considered Plaintiff Ulysses Hernandez's Notice of Voluntary Dismissal of Defendant API Group, LLP. ECF No. 6. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that Plaintiff's claims against API Group, LLP, only are **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that Defendant API Group, LLP's Motion to Dismiss, ECF No. 5, is **DENIED** as moot.

**SO ORDERED**.

**SIGNED** this 10th day of March, 2022.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE