# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **ULYSSES HERNANDEZ,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CAUSE NO. EP-22-CV-39-KC** |
| | § | |
| **AMERICAN FIRE PROTECTION** | § | |
| **GROUP, INC.; and API GROUP, LLP,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day, the Court considered the parties' Agreed Motion to Dismiss with Prejudice, ECF No. 17. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the parties' proposed Order of Dismissal, the Court **ORDERS** that all claims in this case are hereby **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 24th day of June, 2022.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE